**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Maximino HERNANDEZ, Defendant—
Appellant.**

**No. 00–30207.**

**D.C. No. CR–99–00078–9–BLW.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 11, 2001.*

Decided May 15, 2001.

Before FARRIS, TROTT, and
BERZON, Circuit Judges.

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

MEMORANDUM **

Maximino Hernandez pled guilty to
three counts of possession with intent to
distribute methamphetamine. 21 U.S.C.
§ 841(a)(1). He challenges the 210 month
sentence imposed by the district court.
Finding no evidence of error or abuse of
discretion, we affirm. Because the parties
are familiar with the facts and procedural
history of this case, we will not recount
them here.

1. Mr. Hernandez contends that at sen-
tencing, the district court did not have a
full and complete understanding of his role
in the charged offense because of deficien-
cies in the presentence investigation report
("PIR"). Although he does not allege on
appeal that any of the factual findings in
the PIR were false, Mr. Hernandez con-
tends that it was incomplete and thus ex-
aggerated his involvement in the criminal
scheme. The burden is on the defendant
to present evidence that would cast doubt
on the reliability of the PIR. *United States
v. Kimball,* 975 F.2d 563, 567 (9th Cir.
1992). When given the opportunity to pres-
ent additional facts at his sentencing hear-
ing, however, Mr. Hernandez, represented
by counsel, declined. Thus, he has not
demonstrated that the information in the
PIR was either false or unreliable, and we
therefore must conclude that the district
court's reliance upon the PIR was proper.
*Farrow v. United States,* 580 F.2d 1339,
1359 (9th Cir.1978).

2. Although the district court sen-
tenced Mr. Hernandez to the maximum
term allowable under the guidelines, that
decision was purely discretionary and is
not reviewable on appeal. *United States
v. Khaton,* 40 F.3d 309, 311 (9th Cir.1994).

---

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.

3. Therefore, we dismiss Mr. Hernandez's appeal and AFFIRM the sentence imposed by the district court.

---

* The Honorable Morton I. Greenberg, Senior Judge of the United States Court of Appeals for the Third Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.